IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT-KARL NUNLEY, #1857158 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv923 |
| G. TIMOTHY BOSWELL, ET AL. | § | |

## ORDER OF DISMISSAL

Plaintiff Robert-Karl Nunley, an inmate confined in the Texas prison system, filed the above-styled and numbered civil lawsuit. The lawsuit was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that case should be dismissed. The Plaintiff has filed a response, which is construed as objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #5) is **ADOPTED**. It is further

**ORDERED** that the Plaintiff's lawsuit is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

**SIGNED this 14th day of March, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE